JERRY A. RUTHRUFF     1274-0
700 Richards Street, #2709
Honolulu, Hawaii  96813
Telephone:  (808) 524-4975
Email:  jruthruff@gmail.com

Attorney for Defendant
JAMES FRANCIS VRECHEK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK W. S. YOUNG, | CIVIL NO. CV 09-00403 SOM  BMK |
| Plaintiff, | DEFENDANT JAMES FRANCIS VRECHEK'S  EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT ; DECLARATION OF JERRY A. RUTHRUFF; CERTIFICATE OF SERVICE |
| vs. | |
| BISHOP ESTATE/KAMEHAMEHA SCHOOLS, ROBERT BRUCE GRAHAM, ASHFORD & WRISTON, LLP, JAMES FRANCIS VRECHEK, CORBETT A. K. KALAMA, DIANE J. PLOTTS, J. DOUGLAS KEAUHOU ING, NAINOA THOMPSON, ROBERT K. U. KIHUNE, JASON TANI, FRANK KANEMITSU, RONALD R. SAKAMOTO, COLLEEN K. HIRAI, AND JOHN DOES #1 TO 100, | |
| Defendants. | |

**DEFENDANT JAMES FRANCIS VRECHEK'S
EX PARTE  MOTION FOR EXTENSION OF TIME TO
<u>ANSWER OR OTHERWISE PLEAD TO COMPLAINT</u>**

Comes now Defendant JAMES FRANCIS VRECHEK ("Defendant Vrechek") by and through his attorney, JERRY A. RUTHRUFF, and moves *ex parte* for a two week extension of time for him to answer or otherwise plead to the Complaint filed herein by Plaintiff MARK W.S. YOUNG ("Plaintiff Young") on August 26, 2009.

This motion is brought pursuant to Rules 6(b)(1) and 6(c)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.2.  This is the first extension of time requested by Defendant Vrechek.  As set forth in the attached Declaration of Jerry A. Ruthruff, counsel was only recently retained by Defendant Vrechek and will not have the opportunity to consult with Defendant Vrechek and other counsel, research the legal issues relevant to Plaintiff's Complaint and Defendant Vrechek's defenses thereto and draft and file a responsive pleading by the current deadline of September 21, 2009.

Counsel for Defendant Vrechek has been unable to obtain a stipulation for the requested extension because Plaintiff has not returned counsel's telephone calls.

DATED:  Honolulu, Hawaii, September 16, 2009

/s/ *Jerry A. Ruthruff*
JERRY A. RUTHRUFF
Attorney for Defendant
JAMES FRANCIS VRECHEK