ORIGINAL

JERRY A. RUTHRUFF      1274-0
700 Richards Street, #2709
Honolulu, Hawaii  96813
Telephone:  (808) 524-4975
Email:  jruthruff@gmail.com

Attorney for Defendant
JAMES FRANCIS VRECHEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2009

at ____ o'clock and ____ min ____ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK W. S. YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>BISHOP ESTATE/KAMEHAMEHA SCHOOLS, ROBERT BRUCE GRAHAM, ASHFORD & WRISTON, LLP, JAMES FRANCIS VRECHEK, CORBETT A. K. KALAMA, DIANE J. PLOTTS, J. DOUGLAS KEAUHOU ING, NAINOA THOMPSON, ROBERT K. U. KIHUNE, JASON TANI, FRANK KANEMITSU, RONALD R. SAKAMOTO, COLLEEN K. HIRAI, AND JOHN DOES #1 TO 100,<br><br>    Defendants. | CIVIL NO. CV 09-00403 SOM  BMK<br><br>ORDER GRANTING DEFENDANT JAMES FRANCIS VRECHEK'S EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT |

**ORDER GRANTING DEFENDANT JAMES FRANCIS
VRECHEK'S EX PARTE MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT**

Defendant James Francis Vrechek's Ex Parte Motion For Extension of Time To Answer Or Otherwise Plead To Complaint having been timely filed and good cause appearing,

IT IS HEREBY ORDERED, that Defendant James Francis Vrechek is hereby granted an extension from September 21, 2009 to October 5, 2009 to answer or other plead to Plaintiff's Complaint filed herein on August 26, 2009.

Dated: September __ʌ ı__, 2009                                  .

APPROVED AND SO ORDERED

JUDGE OF THE ABOVE-ENTITLED COURT