

**Mark Young**
Fla. Bar 48822
4870 127th Trail N
West Palm Beach, FL 33411
lawace@gmail.com
561-719-1250
**PLAINTIFF PRO SE**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2009

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF HAWAII

| | |
|---|---|
| Mark W.S. Young<br><br>Plaintiff<br><br>VS.<br><br>Bishop Estate / Kamehameha Schools, Robert Bruce Graham, Ashford & Wriston, LLP, James Francis Vrechek, Corbett A.K. Kalama, Diane J. Plotts, J. Douglas Keauhou Ing, Nainoa Thompson, Robert K. U. Kihune, Jason Tani, Frank Kanemitsu, Ronald R. Sakamoto, Colleen K. Hirai, And John Does #1 To 100<br><br>Defendants. | CIVIL NO. 09-00403 SOM-BMK<br><br>SEALED LETTER dated 11/29/2004 |

### SEALED LETTER dated 11/29/2004

**Filed under seal** pursuant to Court Order dated 11/4/2009 (Document No. 78 in the case) by the Honorable Judge Mollway.

Dated: West Palm Beach, FL **November 4, 2009**

_____
**MARK W.S. YOUNG**
PLAINTIFF PRO SE
*"Jus est ars boni et aequi"*
"Law is the science of what is good and just"

11/29/2024  13:11    5312254                    EDWARD J BYBEE                            PAGE  01/02

ORIGINAL

# EDWARD J. BYBEE
### Attorney at Law, A Law Corporation

Kailua, Oahu office
Tel: (808) 263-3772
E-Mail: edbybee@lava.net

733 Bishop Street, Suite 2057
Honolulu, Hawaii 96813
Tel: (808) 537-5311  Fax: (808) 531-2254

Of Counsel:
Jerry A. Ruthruff, Esq.

November 29, 2004

NOV 29 2004

**CONFIDENTIAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 09 2009
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**Via Facsimile Only: 484-478-0316**

Mark W. S. Young, Esq.
4 Unity Terrace
Rutledge, Pennsylvania  19070

Re:  Sharon M. Y. Young Revocable Living Trust

Dear Mark:

Without a copy of the Trust or the Trustee's Report, there is little I can say about the substantive issues in this matter, except, if your fact allegations are true, the Court will provide you relief, albeit not likely the relief you're requesting.

If your allegations can be proved, the Trustee should be removed and sanctioned, and not be left to act on behalf of the Trust.  You will not likely secure a Court Order to require a bond, especially if, as most do, the Trust document does not require a bond.

As is, it is unlikely the Court will accept your Petition for filing, and at best, the Court would only appoint a Master to investigate your allegations.  You do not state what assets are already in the Trust.  If there are trust assets, you might be able to convince the Judge to appoint a Master and order an investigation.  Regardless, you should act expeditiously.

I can help you, as this is my area of concentration. (See my web site at lawyers.com/edbybee).  My fee is $200.00 per hour, and I require a $2,500.00 Retainer deposit.

Licensed in Hawaii, Illinois, Kansas.  Serving Clients in Hawaii Since 1970

Mark W. S. Young, Esq.
November 29, 2004
Page 2


     If you wish to retain my services, let me know, and I will send you a Retainer Agreement.

                                Very truly yours,

                                Edward J. Bybee

EJB:en