IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| Mark W.S. Young<br><br>**Plaintiff**<br><br>VS.<br><br>**Bishop Estate / Kamehameha Schools, Robert Bruce Graham, Ashford & Wriston, LLP, James Francis Vrechek, Corbett A.K. Kalama, Diane J. Plotts, J. Douglas Keauhou Ing, Nainoa Thompson, Robert K. U. Kihune, Jason Tani, Frank Kanemitsu, Ronald R. Sakamoto, Colleen K. Hirai, And John Does #1 To 100**<br><br>**Defendants.** | CIVIL NO. 09-00403 SOM-BMK<br><br>PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT;<br><br>PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION;<br><br>APPENDIX 1: PLAINTIFF'S FIRST AMENDED COMPLAINT; EXHIBITS 1 to 17;<br><br>PLAINTIFF'S RICO STATEMENT; AND<br><br>CERTIFICATE OF SERVICE |

## PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Mark Young, requests leave of court to file an amended pleading, Amended Complaint in the form attached hereto as Appendix "1".

1. This Motion is brought pursuant to Federal Rules of Civil Procedure ("FRCP") *15(a)*, and within the Court's November 23, 2009 filing deadline specified in the Order Dismissing Complaint of Chief United States District Judge Susan Oki Mollway entered herein on November 6, 2009.

2. This Motion is based on the ground that Plaintiff should be allowed to proceed on his First Amended Complaint given the substance and modifications of the complaint as follows:

3. Plaintiff repleads the RICO action with additional dates and specificity to show frauds committed by Vrechek using the US Mail and Wire since 1975, including using the US Mail and wire defraud the United States of America and Ford Motor Company collectively of at or about $300,000. Plaintiff further alleges that Vrechek defrauded the Sharon Young Trust of at or about $49,000 using the US Mail, such as $3,731.83 that disappeared from Sharon Young's IRA account with no explanation. *See Exhibits 14*

*and 15.*  The amended complaint deletes causes of action for Mail Fraud / Honest Services Fraud because they are more appropriately included under the RICO Count.

4. Plaintiff has added additional causes of action of Negligence and Gross Negligence.  The Amended Complaint makes pleads additional allegations that Robert Bruce Graham, Jr., who only had qualified judicial immunity, which Graham waived by with malice towards Plaintiff.  Qualified judicial immunity requires the court appointed master act in good faith and without malice towards any party.  Graham willfully ignored undisputed evidence that assets were missing, presumably embezzled by Vrechek.

5. The amended complaint also alleges that the Probate Court limited Plaintiff's discovery to subpoena for Sharon Young's medical records, which raises constitutional due process issues, which precludes dismissal under the *Younger* doctrine.

6. In the interests of justice, and based upon the points and authorities continued within his supporting Memorandum and Appendix "1" hereto, Plaintiff prays this Court grant Plaintiff leave to file the First Amended Complaint.

Dated:  West Palm Beach, FL  **November 23, 2009**

*/s/ Mark Young*
**MARK W.S. YOUNG**
PLAINTIFF PRO SE
*"Jus est ars boni et aequi"*
"Law is the science of what is good and just"