# JAMES VRECHEK, CPA

993 WAIMANU STREET
Honolulu, Hi. 96814
(808) 593-2203
FAX (808) 593-2504

MARK YOUNG                                         03-Apr-96
'3701 SW 59TH TERRACE
DAVIE, FL 33314-2641

FOR SERVICES RENDERED:

PREPARATION OF 1995 FEDERAL INCOME TAX FORM 1040

| | |
|---|---|
| PROFESSIONAL FEES | $120.00 |
| LONG DISTANCE AND UPS | 15.00 |
| HAWAII TAX | 5.63 |
| TOTAL FEES DUE | $140.63 |

Plaintiff's
Exhibit _____ 10