AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MARK W. S. YOUNG | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 09-00403 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 22, 2010<br><br>At 11 o'clock and 14 min a.m.<br>SUE BEITIA, CLERK |
| BISHOP ESTATE; KAMEHAMEHA SCHOOLS; ROBERT BRUCE GRAHAM; ASHFORD & WRISTON, LLP; JAMES FRANCIS VRECHEK; CORBETT A. K. KALAMA; DIANE J. PLOTTS; J. DOUGLAS KEAHOU ING; NAINOA THOMPSON; ROBERT K. U. KIHUNE; JASON TANI; FRANK KANEMITSU; RONALD R. SAKAMOTO; COLLEEN K. HIRAI; JOHN DOES 1-100 | |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and against Plaintiff Mark W. S. Young pursuant to the "Order Dismissing Complaint", filed on November 6, 2009; the "Findings and Recommendation That Plaintiff's First Motion to Dismiss Ten Defendants Be Granted in Part and Denied in Part; Order Denying Plaintiff's Second Motion to File First Amended Complaint", filed on February 26, 2010 and the "Order Adopting the February 26, 2010, Magistrate Judge Findings and Recommendation and Order Allowing Plaintiff to Dismiss Ten Defendants and Denying Leave to File an Amended Complaint" filed on March 22, 2010.   It is further ordered that the Clerk of Court shall close this case.

| March 22, 2010 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |