```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

MARK W.S. YOUNG,                 )    CIVIL NO. 09-00403 SOM/BMK
                                 )
          Plaintiff,             )    ORDER ADOPTING FINDINGS AND
                                 )    RECOMMENDATION TO GRANT
     vs.                         )    DEFENDANT'S BILL OF COSTS
                                 )
JAMES FRANCIS VRECHEK,           )
                                 )
          Defendant.             )
_____ )
```

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S BILL OF COSTS

Plaintiff Mark W.S. Young objects to the Magistrate Judge's Findings and Recommendation To Grant Defendant's Bill of Costs ("F&R"). The objection consists of a discussion as to why Young's lawsuit should not have been dismissed, not of a discussion as to why particular costs sought by Defendant should not be taxed. In other words, Young asserts that he should have prevailed in this case, without addressing why, having actually prevailed, Defendant should not be awarded costs. Young's objection fails to comply with Local Rule 74.2, which requires a party objecting to any finding or recommendation to "specifically identify the portions of the order, findings, or recommendations to which objection is made and the basis for such objections." Young's purported objection to the taxation of costs in the F&R is really an objection to the Order Granting James Vrechek's Motion To Dismiss for Failure To Join Required Party, which is already the subject of an appeal pending in the Ninth Circuit.

This court overrules Young's objection to the F&R and adopts the F&R.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 22, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

CIVIL NO. 09-00403 SOM/BMK; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S BILL OF COSTS